**Order entered February 13, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01326-CV

### ALFONSO CHAN, Appellant

### V.

### SLK BUILDERS, LLC AND RANDALL DUKE, Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-09748**

## ORDER

Appellee SLK Builders, LLC has filed a Suggestion of Bankruptcy stating that it has filed for bankruptcy in the United States Bankruptcy Court. This automatically suspends further action in this appeal. *See* TEX. R. APP. P. 8.2.

Accordingly, we **ABATE** this appeal. It may be reinstated on prompt motion by any party complying with Rule 8.3 and specifying what further action, if any, is required from this Court. *See id*. 8.3.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE